John Casey, Respondent, v. Charles I. Baker and Others, Appellants. — Judgment unanimously affirmed, with costs.

Louise Hamburger, Appellant, v. Cornell University, Respondent.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Does the complaint state facts sufficient to constitute a cause of action?

In the Matter of the Judicial Settlement of the Account of John S. Shedden and Another, as Temporary Administrators, etc., of Arnold H. Ellis, Deceased; and In the Matter of the Judicial Settlement of the Account of John S. Shedden and Another, as Executors, etc., of Arnold H. Ellis, Deceased.— Motion granted, with ten dollars costs, unless the appellants file and serve printed papers on or before December 10, 1918, and serve brief on or before December fifteenth, and pay said motion costs; in which case motion is denied.

Before State Industrial Commission, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Lena P. Fox, Widow of Sidney P. Fox, Deceased, Appellant, v. Dean & Company, Employer, and the Travelers Insurance Company, Insurance Carrier, Respondents.— Motion granted by default.

Before State Industrial Commission, Respondent. In the Matter of the Claim of Margaret McLaughlin and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of Bernard McLaughlin, v. L. Boyer & Sons, Employer, and Globe Indemnity Company, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30). All concurred.

Before State Industrial Commission, Respondent. In the Matter of the Claim of Patrick McPartland, Respondent, for Compensation under the Workmen's Compensation Law, v. International Grain Elevating Company, Employer, and Globe Indemnity Company, Insurance Carrier, Appellants.— Awards and order so far as appealed from reversed, and claims dismissed, on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30). All concurred.

Before State Industrial Commission, Respondent. In the Matter of the Claim of Mary A. Brown, Respondent, for Compensation under the Workmen's Compensation Law for the Death of James Brown, v. Edward R. Brevoort, Employer, and Globe Indemnity Company, Insurance Carrier, Appellants.— Decision reversed, award vacated, and claim dismissed, on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30). All concurred.

Before State Industrial Commission, Respondent. In the Matter of the Claim of Nora Moran and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, v. International Elevating Company, Employer, and Globe Indemnity Company, Insurance Carrier, Appellants.— Order and awards reversed and claims dismissed on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30). All concurred.